# United States Bankruptcy Court
# Eastern District of Wisconsin

In re: POC Properties, LLC      Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Atwahl Investors, LLC<br>E. Ravine Baye Road<br>Milwaukee, WI 53217 | | 87.2 | Member/mgt |
| Hunter Greene<br>c/o CB Richard Ellis<br>6100 Uptown Blvd. NE Suite 300<br>Albuquerque, NM 87110 | | 3 | Member |
| Jack Dailey<br>c/o CB Richard Ellis<br>6100 Uptown Blvd. NE Suite 300<br>Albuquerque, NM 87110 | | 2.72 | Member |
| Joel White<br>c/o CB Richard Ellis<br>6100 Uptown Blvd. NE Suite 300<br>Albuquerque, NM 87110 | | 3.77 | Member |
| JP Investments, LLC<br>7420 Chaco Road NE<br>Albuquerque, NM 87109 | | 2.72 | Member |
| Serina Sanchez<br>c/o CB Richard Ellis<br>6100 Uptown Blvd. NE Suite 300<br>Albuquerque, NM 87110 | | .24 | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Warren S. Blumenthal, Authorized Person** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 12-3-15

Warren S. Blumenthal, Authorized Person, POC Properties, LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.