B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of Wisconsin

In re  POC Properties, LLC
　　　　　　　　Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Monty Titling Trust 1 c/o Capital Crossing Servicing 99 High Street Boston, MA 02110 | | Mortgage | DISPUTED | $3,566,961.00 SECURED VALUE: $4,218,555.00 |
| Monty Titling Trust 1 c/o Capital Crossing Servicing 99 High Street Boston, MA 02110 | | Mortgage | DISPUTED | $1,308,293.00 SECURED VALUE: $1,112,000.00 |
| Otono Partners, LLC c/o Knight Seavey 57 Rock Point Place NE Albuquerque, NM 87122 | | | | $1,250,000.00 |
| Clark Hill, PLC 150 N. Michigan Ave. #2700 Chicago, IL 60601 | | | | $41,326.50 |
| Los Alamos Nat'l Bank 6700 Jefferson NE Unit A-2 Albuquerque, NM 87109 | | | | $10,700.00 |
| PNM P.O. Box 27900 Albuquerque, NM 87125 | | | | $9,597.82 |

B4 (Official Form 4) (12/07)4 -Cont.

In re POC Properties, LLC , Case No. _____
            Debtor                                       Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dixon Scholl & Bailey<br>6700 Jefferson NE<br>Unit B-1<br>Albuquerque, NM 87109 | | | | $8,570.66 |
| Western Refining Southwest, Inc.<br>6700 Jefferson NE<br>Unit E<br>Albuquerque, NM 87109 | | | | $3,637.92 |
| Kiehne Wealth & Retirement<br>6700 Jefferson NE<br>Unit C-3<br>Albuquerque, NM 87109 | | | | $2,023.75 |
| Sun Vista Property Maintenance<br>6801 Jefferson NE Suite 100<br>Albuquerque, NM 87109 | | | | $1,365.19 |
| Steinhilber, Swanson, Mares<br>Marone & McDermott<br>107 Church Ave.<br>Oshkosh, WI 54903-0617 | | | UNLIQUIDATED | $1,000.00 |
| BDO Seidman<br>3300 E. Kilbourn Ave. #950<br>Milwaukee, WI 53202 | | | UNLIQUIDATED | $1,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re POC Properties, LLC
Debtor

Case No. _____
Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sun Vista HVAC Maintenance<br>6801 Jefferson Rd. NE Suite 100<br>Albuquerque, NM 87109 | | | | $942.97 |
| Johnson & Nelson P.C.<br>6700 Jefferson NE<br>Unit C-1<br>Albuquerque, NM 87109 | | | | $925.00 |
| Sun Vista HVAC Maintenance<br>6801 Jefferson Rd. NE, Suite 100<br>Albuquerque, NM 87109 | | | | $536.41 |
| Century Link (Qwest)<br>P.O. Box 29040<br>Phoenix, AZ 85038 | | | | $132.64 |
| Miller Stratvert P.A.<br>500 Marquette Ave NW #1100<br>Albuquerque, NM 87102 | | | | $48.23 |
| Sun Vista Property Maintenance<br>6801 Jefferson NE Suite 100<br>Albuquerque, NM 87109 | | | | $39.66 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  POC Properties, LLC  
Debtor

Case No. _____  
Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Warren S. Blumenthal, Authorized Person of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12-14-15       Signature: _____

Warren S. Blumenthal, Authorized Person  
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.