**Fill in this information to identify the case:**

Debtor name __POC Properties, LLC__

United States Bankruptcy Court for the: __Eastern District of Wisconsin__

Case number (If known): __15-33291-svk__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of Albuquerque | Checking | 5  3  3  3 | $ 993,288.04 ** |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

   ** aggregate total includes amounts held by SOP Academy, LLC (Case No. 15-33292) and Academy Road Partners, LLC (Case No. 15-33293).

   4.1. _____                                            $ _____
   4.2. _____                                            $ _____

5. **Total of Part 1**                                                              $ 993,288.04

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1. _____                                            $ _____
   7.2. _____                                            $ _____

Official Form 206A/B       Schedule A/B Assets — Real and Personal Property       page 1

Case 15-33291-svk   Doc 15   Filed 12/29/15   Page 1 of 54

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____     $_____

   8.2. _____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $16,406.00<br>face amount | – $0.00<br>doubtful or uncollectible accounts | = ........➜ | $ 16,406.00 |
| 11b. Over 90 days old: | $257,212.00<br>face amount | – $257,212.00<br>doubtful or uncollectible accounts | = ........➜ | $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 16,406.00

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1. _____ | _____ | $_____ |
    | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | 15.1. _____ | _____% | _____ | $_____ |
    | 15.2. _____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1. _____ | _____ | $_____ |
    | 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

**33. Total of Part 6.**

     Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 15-33291-svk   Doc 15   Filed 12/29/15   Page 4 of 54

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | POC Properties, LLC | Case number (if known) | 15-33291-svk |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 1 | See Attachment | $ | | $5,205,876.42 |
| 55.2 See Attachment 2 | See Attachment | $ | | $1,112,000.00 |
| 55.3 See Attachment 3 | See Attachment | $ | | $4,218,555.00 |
| 55.4 See Attachment 4 | See Attachment | $ | | $220,000.00 |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$10,756,431.42

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Case 15-33291-svk   Doc 15   Filed 12/28/15   Page 6 of 54

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

Various Causes of Action against BMO Harris and Monty    $ Unknown
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Case 15-33291-svk    Doc 15    Filed 12/29/15    Page 7 of 54

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $993,288.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,406.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $10,756,431.42 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✛ $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $1,009,694.04 | ✛ 91b. $10,756,431.42 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .......................................................... $11,766,125.46

Case 15-33291-svk    Doc 15    Filed 12/28/15    Page 8 of 54

Attachment
Debtor: POC Properties, LLC POC Properties, LLC        Case No:
15-33291-svk

Attachment 1

      4900 Alameda Blvd NE
      Albuquerque, NM

      Fee Simple Ownership

Attachment 2

      5120 Masthead NE
      Albuquerque, NM (value based off of LOI received November 2015).

      Joint Tenancy with Right of Survivorship

Attachment 3

      6700 Jefferson Street NE
      Albuquerque, NM

      Fee Simple Ownership

Attachment 4

      9210 San Mateo Blvd NE
      Albuquerque, NM

      Fee Simple Ownership

**Fill in this information to identify the case:**

Debtor name __POC Properties, LLC__

United States Bankruptcy Court for the: __Eastern District of Wisconsin__

Case number (If known): __15-33291-svk__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Monty Titling Trust 1 | **Describe debtor's property that is subject to a lien**<br>6700 Jefferson Street NE<br>Albuquerque, NM | $ 7,785,516.00 | $ 4,218,555.00 |
| **Creditor's mailing address**<br>See Attachment 1<br>Boston, Massachusetts 02110 | **Describe the lien**<br>First Mortgage | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** 0 0 0 1 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |
| **2.2** **Creditor's name**<br>Monty Titling Trust 1 | **Describe debtor's property that is subject to a lien**<br>See Attachment 2 | $ 2,508,293.00 | $ 1,112,000.00 |
| **Creditor's mailing address**<br>See Attachment 2<br>Boston, Massachusetts 02110 | X<br>**Describe the lien**<br>First Mortgage | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** 0 0 0 2 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines ___ | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 15,751,512.00

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**

Monty Titling Trust 1

**Creditor's mailing address**

See Attachment 3

Boston, Massachusetts 02110

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** 0 0 0 0

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4900 Alameda Blvd NE

Albuquerque, NM

$ 5,457,703.00 | $ 5,205,876.42

**Describe the lien**

First Mortgage

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.4** | **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____ | $_____

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Attachment
Debtor: POC Properties, LLC POC Properties, LLC      Case No:
15-33291-svk

Attachment 1

    c/o Capital Crossing Servicing, 99 High Street

Attachment 2

    c/o Capital Crossing Servicing, 99 High Street

    5120 Masthead NE
    Albuquerque, NM (value based off of LOI received November 2015).

Attachment 3

    c/o Capital Crossing Servicing, 99 High Street

**Fill in this information to identify the case:**

Debtor    POC Properties, LLC

United States Bankruptcy Court for the:   Eastern District of Wisconsin

Case number   15-33291-svk
(If known)

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 1 of 13

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

### 3.1
**Nonpriority creditor's name and mailing address**

ABQWUA

P.O. Box 1313

Albuquerque, New Mexico 87103

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

### 3.2
**Nonpriority creditor's name and mailing address**

Accredited Plumbing

P.O. Box 90701

Albuquerque, New Mexico 87199

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

### 3.3
**Nonpriority creditor's name and mailing address**

Alarm Research

PO Box 16320

Albuquerque, New Mexico 87191

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

### 3.4
**Nonpriority creditor's name and mailing address**

Atwahl Investors, LLC

408 E. Ravine Baye Road

Bayside, WI 53217

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

### 3.5
**Nonpriority creditor's name and mailing address**

BDO Seidman

3300 E. Kilbourn Ave. #950

Milwaukee, Wisconsin 53202

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,000.00

### 3.6
**Nonpriority creditor's name and mailing address**

Blumenthal Appleton Partners, LLP

408 E. Ravine Baye Road

Bayside, Wisconsin 53217

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 56,000.00

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 13

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**   **Nonpriority creditor's name and mailing address**

_See 1 in Addendum_

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 3 of 13

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Dixon Scholl & Bailey

6700 Jefferson NE, Unit B-1

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 8,570.66

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Fireman's Fund Insurance

Dept. CH 10284

Palatine, Illinois 60055

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Forever Green, Inc.

3600 San Mateo NE, Suite A

Albuquerque, New Mexico 97110

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

H&M Property Services, LLC

6801 Jefferson NE, Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Indust. Water Engineering

7309 Jefferson St. NE

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                         page 4 of 13

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Integrated Controls USA, Inc.

7910 Lorraine Court NE

Albuquerque, New Mexico 87113

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.18** Nonpriority creditor's name and mailing address

Johnson & Nelson P.C.

6700 Jefferson NE, Unit C-1

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 925.00

---

**3.19** Nonpriority creditor's name and mailing address

Kiehne Wealth & Retirement

6700 Jefferson NE, Unit C-3

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,023.75

---

**3.20** Nonpriority creditor's name and mailing address

Lohman Partners LLC

408 E Ravine Baye Road

Bayside, WI 53217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.21** Nonpriority creditor's name and mailing address

Los Alamos Nat'l Bank

6700 Jefferson NE, Unit A-2

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,700.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Metro Plumbing & Heating Inc.

135 Vermont St NE

Albuquerque, New Mexico 87108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00 _____

---

**3.23** Nonpriority creditor's name and mailing address

Miller Stratvert P.A.

500 Marquette Ave NW #1100

Albuquerque, New Mexico 87102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 48.23 _____

---

**3.24** Nonpriority creditor's name and mailing address

Monty Titling Trust 1

c/o Capital Crossing Servicing 99 High Street

Boston, Massachusetts 02110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown _____

---

**3.25** Nonpriority creditor's name and mailing address

Mountain View Therapy Serv.

6700 Jefferson NE, Unit B-2

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,363.33 _____

---

**3.26** Nonpriority creditor's name and mailing address

NAI Maestas & Ward

6801 Jefferson St. NE, Suite 200

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown _____

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 6 of 13

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27** Nonpriority creditor's name and mailing address

New Horizon Computer Learning

6700 Jefferson NE Suite A

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.28** Nonpriority creditor's name and mailing address

New Mexico Gas Co.

P.O. Box 173341

Denver, Colorado 80217

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.29** Nonpriority creditor's name and mailing address

Otono Partners, LLC

c/o Knight Seavey 57 Rock Point Place NE

Albuquerque, New Mexico 87122

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

$ 1,250,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address

Otono Plaza Owners Ass'n

c/o NAI Maestas & Ward P.O. Box 91090

Albuquerque, New Mexico 87199

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.31** Nonpriority creditor's name and mailing address

Overhead Door Co. of Alb.

5656 Pasadena Ave. NE

Albuquerque, New Mexico 87113

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 7 of 13

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.32**   Nonpriority creditor's name and mailing address

PNM

P.O. Box 27900

Albuquerque, New Mexico 87125

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 9,597.82

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address

Professional Locksmith SVCS

P.O. Box 51526

Albuquerque, New Mexico 87101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address

Sparkle Maintenance Inc.

4801 Hardware Dr. NE

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    - 0 0 1

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address

Steinhilber, Swanson, Mares

Marone & McDermott, 107 Church Ave.

Oshkosh, Wisconsin 54903-0617

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 1,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address

Steven Blumenthal

4003 Rutgers Lane

Northbrook, IL 60062

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 8 of 13

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Sun Vista Enterprises Inc.

6801 Jefferson Rd. NE, Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Sun Vista HVAC Maintenance

6801 Jefferson Rd. NE Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 536.41

Date or dates debt was incurred _____

Last 4 digits of account number 6 5 9 0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Sun Vista HVAC Maintenance

6801 Jefferson Rd. NE, Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 536.41

Date or dates debt was incurred _____

Last 4 digits of account number 6 5 9 0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Sun Vista Landscaping

6801 Jefferson Rd. NE Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number 0 1 5 0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Sun Vista Landscaping

6801 Jefferson Rd. NE, Suite 100

Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 9 of 13

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Sun Vista Property Maint.

6801 Jefferson Rd. NE, Suite 100

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Sun Vista Property Maintenance

6801 Jefferson NE Suite 100

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number 0 3 0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 39.66

---

**3.44** Nonpriority creditor's name and mailing address

Sun Vista Property Maintenance

6801 Jefferson NE Suite 100

Albuquerque, New Mexico 87109

Date or dates debt was incurred _____

Last 4 digits of account number 0 3 0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 39.66

---

**3.45** Nonpriority creditor's name and mailing address

The Carpet Co., Inc.

7300 Second Street NW

Albuquerque, New Mexico 87107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.46** Nonpriority creditor's name and mailing address

Verano Plaza Owners Ass'n

c/o NAI Maestas & Ward, P.O. Box 91090

Albuquerque, New Mexico 87199

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Case 15-33291-svk   Doc 15   Filed 12/28/15   Page 22 of 54

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**  Nonpriority creditor's name and mailing address

Warren Blumenthal

408 E. Ravine Baye Road
Bayside, WI 53217

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.48**  Nonpriority creditor's name and mailing address

Western Refining Southwest, Inc.

6700 Jefferson NE, Unit E
Albuquerque, New Mexico 87109

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 3,637.92

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.49**  Nonpriority creditor's name and mailing address

Western States Fire Protection Co.

1615 1/2 University Blvd.
Albuquerque, New Mexico 87102

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 535.94

Date or dates debt was incurred _____

Last 4 digits of account number  6  3  7  0

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Official Form 206E/F                        Schedule E/F: Creditors Who Have Unsecured Claims                        page 1 of 13

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Alarm Research Inc. <br> 2639 Taxas St. NE <br> Albuquerque, New Mexico 87110 | Line 3.3 <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.2.** Edward W. Griffith Family Trust <br> c/o Knight Seavey, 57 Rock Point Place NE <br> Albuquerque, New Mexico 87122 | Line 3.29 <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.3.** Lawrence M. Wells <br> Montgomery & Andrews, 100 Sun Ave. NE, #410 <br> Albuquerque, New Mexico 87109 | Line 3.29 <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.4.** Seavey Family LP <br> _____ <br> _____ | Line 3.29 <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.5.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.6.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.7.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.8.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.9.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.10.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.11.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| **4.12.** _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 13

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,388,013.93 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,388,013.93 |

1.      **BMO Harris Bank, N.A.**
        **c/o Timothy Posnanski, Whyte Hirschboeck Dudek S.C. 555 E. Wells Street #1900**
        **Milwaukee, Wisconsin 53202**
         **X**
         **X**
        **0.00**

        **Bugs-B-Gone**
        **PO Box 1372**
        **Corrales, New Mexico 87048**
         **X**
        **Unknown**

        **Century Link (Qwest)**
        **P.O. Box 29040**
        **Phoenix, Arizona 85038**
         **X**
        **132.64**

        **Clark Hill, PLC**
        **150 N. Michigan Ave. #2700**
        **Chicago, Illinois 60601**
         **X**
        **41,326.50**

        **Cornerstone Roofing**
        **5911 Coronado Ave NE**
        **Albuquerque, New Mexico 87109**
         **X**
        **Unknown**

Fill in this information to identify the case:

Debtor name  POC Properties, LLC

United States Bankruptcy Court for the: Eastern District of Wisconsin

Case number (If known):  15-33291-svk                    Chapter  11

☐ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Otono Property<br>See Attachment 1 | New Mexico Gaming Cont. Board<br>4900 Alameda Blvd. NE, Unit A |
| | State the term remaining | | |
| | List the contract number of any government contract | | Albuquerque          New Mexico          87113 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Otono Property<br>See Attachment 2 | SND Holdings, LLC<br>4900 Alameda Blvd. NE, Suite B |
| | State the term remaining | | |
| | List the contract number of any government contract | | Albuquerque          New Mexico          87113 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Masthead Property<br>See Attachment 3 | Sage Montessori<br>5120 Masthead NE |
| | State the term remaining | | |
| | List the contract number of any government contract | | Albuquerque          New Mexico          87113 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Conejos Property<br>See Attachment 4 | New Horizon Computer Learning<br>6700 Jefferson NE, Unit A |
| | State the term remaining | | |
| | List the contract number of any government contract | | Albuquerque          New Mexico          87109 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Conejos Property<br>See Attachment 5 | Los Alamos Nat'l Bank<br>6700 Jefferson NE, Unit A-2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Albuquerque          New Mexico          87109 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of  3

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 6 |
| | | 6700 Jefferson NE, Unit B-1 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Albuquerque     New Mexico     87109 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 7 |
| | | 6700 Jefferson NE, Unit B-2 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | See Attachment 7 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 8 |
| | | 6700 Jefferson NE, Unit C-1 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | See Attachment 8 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 9 |
| | | 6700 Jefferson NE, Unit C-2 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 10 |
| | | 6700 Jefferson NE, Unit C-3 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 11 |
| | | 6700 Jefferson NE, Unit D-1 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Conejos Property |
| | | See Attachment 12 |
| | | 6700 Jefferson NE, Unit D-2 |
| | **State the term remaining** | Albuquerque     New Mexico     87109 |
| | **List the contract number of any government contract** | See Attachment 12 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest

Conejos Property
See Attachment 13

6700 Jefferson NE, Unit E

State the term remaining

List the contract number of any government contract

Albuquerque          New Mexico       87109

**2.14**
State what the contract or lease is for and the nature of the debtor's interest

Verano Property
See Attachment 14

9210 San Mateo

State the term remaining

List the contract number of any government contract

Albuquerque          New Mexico       87113

**2.15**
State what the contract or lease is for and the nature of the debtor's interest

Conejos Property
See Attachment 15

6700 Jefferson NE, Unit E

State the term remaining

List the contract number of any government contract

Albuquerque          New Mexico       87109
See Attachment 15

**2.16**
State what the contract or lease is for and the nature of the debtor's interest

Verano Property
Warehouse lease

57 Rock Point Place NE

State the term remaining

List the contract number of any government contract

Albuquerque          New Mexico       87122

**2.17**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.18**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.19**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      page _3_ of _3_

Attachment 1
    Exp. 04/30/2024
    24,829 sq. ft. (79.14%)

Attachment 2
    Exp. 06/30/2016
    3,555 sq. ft. (11.33%)
    security dep. held

Attachment 3
    Exp. 06/30/2017
    13,896 sq. ft. (100%)
    sec. dep. held

Attachment 4
    Exp. 08/31/2016
    10,105 sq. ft. (20.94%)

Attachment 5
    Exp. 08/31/2019
    2,280 sq. ft. (4.72%)

Attachment 6
    Exp. 11/30/2020
    6,428 sq. ft. (13.32%)

Attachment 7
    Esp. 09/30/2018
    1,636 sq. ft. (3.39%)

Attachment 7
    Additional Contacts for Executory Contract With Mountain View Therapy Serv.:
    Mountain View Therapy Solutions
    9108 Surrey Road NE
    Albuquerque, New Mexico 87109

Attachment 8
    Esp. 08/31/2016
    975 sq. ft. (2.02%)

Attachment 8

Additional Contacts for Executory Contract With Johnson & Nelson P.C.:
Johnson & Nelson P.C.
Attn: Steve Nelson, P.O. Box 25547
Albuquerque, New Mexico 87125


Attachment 9

Esp. 04/30/2015
883 sq. ft. (1.83%)

Attachment 10

Exp. 12/31/2017
1,618 sq. ft. (3.35%)

Attachment 11

Esp. 12/31/2017
4,945 sq. ft. (10.25%)

Attachment 12

Exp. 02/28/2018
16,249 sq. ft. (33.67%)

Attachment 12

Additional Contacts for Executory Contract With Grand Canyon Education, Inc.:
Grand Canyon Education Inc.
Attn: Brian Roberts, 3300 W. Camelback Rd.
Phoenix, Arizona 85017


Attachment 13

Exp. 07/31/2014
3,168 sq. ft. (6.56%)

Attachment 14

Exp. unknown
5,040 sq. ft. (100%)

Attachment 15

Exp. 07/31/2016
3,168 sq. ft.

Attachment 15

Additional Contacts for Executory Contract With Western Refining Southwest, Inc.:
Western Refining SW, Inc.
1250 W. Washington St.
Tempe, Arizona 85281

Western Refining SW, Inc.
Attn. General Counsel, 1250 W. Washington Street, #101
Tempe, Arizona 85281

**Fill in this information to identify the case:**

Debtor name __POC Properties, LLC__

United States Bankruptcy Court for the: __Eastern District of Wisconsin__

Case number (If known): __15-33291-svk__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Steven Blumenthal | 4003 Rutgers Lane <br> Street <br><br> Northbrook    Illinois    60062 <br> City      State      ZIP Code | Monty Titling Trust 1 <br><br><br> See Attachment 1 | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.2 Warren Blumenthal | 408 E. Ravine Baye Rd. <br> Street <br><br> Bayside    WI    53217 <br> City      State      ZIP Code | Monty Titling Trust 1 <br><br><br> See Attachment 2 | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street <br><br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Attachment
Debtor: POC Properties, LLC       Case No: 15-33291-svk

Attachment 1

    Monty Titling Trust 1, Schedule D
        Monty Titling Trust 1, Schedule D
        Otono Partners, LLC, Schedule E/F


Attachment 2

    Monty Titling Trust 1, Schedule D
        Monty Titling Trust 1, Schedule D
        Otono Partners, LLC, Schedule E/F

Fill in this information to identify the case:

Debtor name     **POC Properties, LLC**

United States Bankruptcy Court for the:    **Eastern District of Wisconsin**

Case number (If known):    **15-33291-svk**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B* .......................................................    $ **10,756,431.42**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* .....................................................    $ **1,009,694.04**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .......................................................    $ **11,766,125.46**

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*...........................    $ **15,751,512.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................    $ _____

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............    + $ **1,388,013.93**

4. **Total liabilities** .................................................................................................    $ **17,139,525.93**
   Lines 2 + 3a + 3b

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2015<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 1,144,513.00 |
| **For prior year:** | From 01/01/2014<br>MM / DD / YYYY | to | 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,426,260.00 |
| **For the year before that:** | From 01/01/2013<br>MM / DD / YYYY | to | 12/31/2013<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,389,579.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | PNM<br>Creditor's name<br><br>Street<br><br>Albuquerque     NM     87125<br>City     State     ZIP Code<br>See Attachment 1 | 11/07/15<br><br>11/07/15<br><br>11/07/15 | $ 39,692.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Sun Vista HVAC Maintenance, LLC<br>Creditor's name<br>6801 Jefferson Rd. NE Suite 100<br>Street<br><br>Albuquerque     NM     87109<br>City     State     ZIP Code<br>See Attachment 2 | 11/17/15<br><br>10/06/15<br><br>10/06/15 | $ 4,047.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ See Attachment 3 |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Atwahl Investors LLC<br>Insider's name<br>408 E. Ravine Baye Road<br>Street<br><br>Mequon     WI<br>City     State     ZIP Code<br>See Attachment 4<br><br>**Relationship to debtor**<br>Insider of an Affiliate | 02/26/15<br><br>03/27/15<br><br>06/06/15 | $ 68,091.01 | Loans/Legal/Accounting (Debtor's Review<br><br>remains ongoing) |
| 4.2. | Lohman Partners, LLC<br>Insider's name<br>408 E Ravine Baye Road<br>Street<br><br>Bayside     WI     53217<br>City     State     ZIP Code<br><br>**Relationship to debtor**<br>Insider of an Affiliate | 12/29/14<br><br>12/24/14 | $ 9,200.00 | Loans/Legal/Accounting (Debtor's Review<br><br>remains ongoing) |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BMO v. POC Properties, LLC | Foreclosure/13 counterclaims | Bernalillo County | ☒ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | D-202-CV-2013-04660 | | NM | |
| | | | City    State    ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| NAI Maestas & Ward<br>Custodian's name | See Attachment 5 | $ 993,288.04 |
| 6801 Jefferson NE Suite 100<br>Street | **Case title** | **Court name and address** |
| Albuquerque    See    87109<br>City     State     ZIP Code | | Bernalillo County District 2<br>Name |
| | **Case number** | Street |
| | BMO v. POC Properties, LLC | |
| | **Date of order or assignment** | New Mexico<br>City     State     ZIP Code |
| | D-202-CV-2013-04660 | |

---

## Part 4:   Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kerkman & Dunn | | See Attachment 7 | $ 5,000.00 |
| | **Address** | | | |
| | 757 N Broadway, Suite 300 | | | |
| | Street | | | |
| | Milwaukee          WI          53202 | | | |
| | City              State       ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Atwahl Investors LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kerkman & Dunn | | April 12, 2015 | $ 1,328.10 |
| | **Address** | | | |
| | 757 N Broadway, Suite 300 | | | |
| | Street | | | |
| | Milwaukee          WI          53202 | | | |
| | City              State       ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Atwahl Investors LLC | | See Attachment 8 | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ <br> _____ | _____ | $_____ |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ <br> _____ | _____ | $_____ |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street <br> _____ <br> City            State      ZIP Code | From _____  To _____ |
| 14.2. | _____ <br> Street <br> _____ <br> City            State      ZIP Code | From _____  To _____ |

| Part 8: | Healthcare Bankruptcies |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Los Alamos National Bank <br> Name <br> 6700 Jefferson Street NE, Suite D-1 <br> Street <br> Albuquerque   NM   87109 <br> City   State   ZIP Code | XXXX–1 3 0 1 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | April 30, 2015 | $ 2.56 |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Case 15-33291-svk    Doc 15    Filed 12/28/15    Page 43 of 54

Debtor  POC Properties, LLC _____  Case number *(if known)* 15-33291-svk
    Name

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Dixon Scholl & Bailey<br>Name<br>6700 Jefferson NE<br>Street<br>Unit B1<br>Albuquerque  NM  87109<br>City  State  ZIP Code | DIP Account | Security Deposit<br><br><br>See Attachment 9 | $ 8,570.66 |

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>Case number<br>_____ | Name<br>Street<br>City  State  ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Name<br>Street<br>City  State  ZIP Code | | _____ |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State          ZIP Code | | |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State          ZIP Code | | |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State          ZIP Code | | |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.**   Warren Blumenthal<br>Name<br>408 E. Ravine Baye Road<br>Street<br><br>Milwaukee        WI       53217<br>City            State       ZIP Code | From 01/01/2014 To _____ |
| **26a.2.**   Debbie Harms<br>Name<br>Maestas and Ward Property Management<br>Street<br>6801 Jefferson NE, Suite 200<br>Albuquerque      NM      87109<br>City            State       ZIP Code | From 01/01/2014 To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**   Laurie Lernor<br>Name<br>1123 Winesap Ct.<br>Street<br><br>Mequon         WI       53092<br>City            State       ZIP Code | From 01/01/2011 To _____ |
| **26b.2.**   _____<br>Name<br>_____<br>Street<br><br>_____     _____    _____<br>City            State       ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**   Warren Blumenthal<br>Name<br>408 E. Ravine Baye Road<br>Street<br><br>Mequon         WI<br>City            State       ZIP Code | _____<br>_____<br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Debbie Harms<br>Name<br>Maestas and Ward Property Management<br>Street<br>6801 Jefferson NE, Suite 200<br>Albuquerque   NM   87109<br>City   State   ZIP Code | _____<br>_____<br>_____<br><br>See Attachment 10 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code |

| Name and address |
|---|
| 26d.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City            State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Atwahl Investors, LLC | 408 E. Ravine Baye Rd., Mequon, WI 53217 | Manager - Member | 87.2 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Atwahl Investors LLC | See Question 4 | _____ | See Attachment |
| Name | | | |
| 408 E. Ravine Baye Rd. | | _____ | |
| Street | | | |
| Mequon        WI | | _____ | |
| City    State    ZIP Code | | | |
| Relationship to debtor | | _____ | |
| Manager/Member | | _____ | |

Debtor   POC Properties, LLC
_____    Case number (if known) 15-33291-svk
Name

Name and address of recipient

Name

Street

City              State      ZIP Code

Relationship to debtor

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
- ☐ No
- ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Sheboygan Office Properties LLC | EIN: _3_ _9_ – _1_ _9_ _7_ _1_ _1_ _6_ _7_ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/26/2015
        MM / DD / YYYY

✗ _____      Printed name  Warren S. Blumenthal
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Authorized Person

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ☐ No
- ☒ Yes

Attachment 1

　　　Additional Payments to PNM : 19 October 2015; 19 October 2015; 19 October 2015; 10 September 2015; 10 September 2015; 10 September 2015

Attachment 2

　　　Additional Payments to Sun Vista HVAC Maintenance, LLC: 31 October 2015; 24 September 2015

Attachment 3 Additional Payments or Transfers to Creditors:

Creditor's Name: ABQ WUA
Creditor's Address:  Albuquerque, New Mexico 87103
Date of Payments or Transfers: November 17, 2015; November 17, 2015; October 21, 2015; October 21, 2015; October 6, 2015; October 19, 2015; October 19, 2015; September 24, 2015; September 24, 2015; September 10, 2015; September 24, 2015; September 30, 2015; September 24, 2015
Total Amount or Value: $7,406.04
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: H&M Property Services, LLC
Creditor's Address:  6801 Jefferson NE, Suite 100, Albuquerque, New Mexico 87109
Date of Payments or Transfers: November 17, 2015; November 17, 2015; October 19, 2015; October 19, 2015; October 19, 2015; October 19, 2015; September 24, 2015; September 24, 2015; September 10, 2015; September 24, 2015; September 30, 2015; September 24, 2015
Total Amount or Value: $15,988.69
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 4

　　　Additional Payments to Atwahl Investors LLC: 12 December 2015; 9 June 2015; 9 June 2015

Attachment 5

Cash Accounts Funds include assets of SOP Academy, LLC and Academy Road Partners, LLC

Attachment 6

New Mexico

Attachment 7

　　　March 14, 2015

Attachment 8 Additional Payments Related to Bankruptcy:

Name of Payee or Transferee: Kerkman & Dunn
Payee or Transferee Address: 757 N Broadway, Suite 300, Milwaukee, Wisconsin 53202

Payment Made By: Atwahl Investors LLC
Dates: May 8, 2015
Total Amount or Value Transferred: $348.70

Name of Payee or Transferee: Kerkman & Dunn
Payee or Transferee Address: 757 N Broadway, Suite 300, Milwaukee, Wisconsin 53202
Payment Made By: Sheboygan Office Properties, LLC
Dates: October 5, 2015
Total Amount or Value Transferred: $5,348.70

Name of Payee or Transferee: Kerkman & Dunn
Payee or Transferee Address: 757 N Broadway, Suite 300, Milwaukee, WI 53202
Payment Made By: Clark Hill PLC
Dates: November 25, 2015
Total Amount or Value Transferred: $8,500.00

Name of Payee or Transferee: Kerkman & Dunn
Payee or Transferee Address: 757 N. Broadway, Suite 300, Milwaukee, WI 53202
Payment Made By: Atwahl Investors, LLC
Dates: December 8, 2015
Total Amount or Value Transferred: $20,000.00

Name of Payee or Transferee: Clark Hill PLC
Payee or Transferee Address: 150 N. Michigan Ave., Suite 2700, Chicago, IL 60601
Payment Made By: Arland Law Firm (originally from Atwahl Investors, LLC)
Dates: 11/17/2015
Total Amount or Value Transferred: $35,000.00

Name of Payee or Transferee: Steinhilber, Swanson, Mares
Payee or Transferee Address: 107 Church Ave., Oshkosh, WI 54903
Payment Made By: Clark Hill PLC
Total Amount or Value Transferred: $8,336.00

Attachment 9

Owner's Name: Johnson & Nelson
Address: 6700 Jefferson NE, Unit C1, Albuquerque, NM 87109
Property Description: Security Deposit
Value: $925.00

Owner's Name: Kiehne Wealth & Retirement
Address: 6700 Jefferson NE, Unit C3, Albuquerque, NM 87109
Property Description: Secuity Deposit
Value: $2,023.75

Owner's Name: Los Alamos Nat'l Bank
Address: 6700 Jefferson NE, Unit A2, Albuquerque, NM 87109
Property Description: Secuity Deposit
Value: $10,700.00

Owner's Name: Mountain View Therapy Serv.
Address: 6700 Jefferson NE, Unit B2, Albuquerque, NM 87109
Property Description: Secuity Deposit
Value: $1,363.33

Owner's Name: Western Refining Southwest, Inc.
Address: 6700 Jefferson NE, Unit E, Albuquerque, NM 87109
Property Description: Secuity Deposit
Value: $3,637.92

Owner's Name: Aerotek, Inc.
Address: 6700 Jefferson NE, Unit E, Albuquerque, NM 87109
Property Description: Security Deposit

Owner's Name: Grand Canyon Education, Inc.
Address: 6700 Jefferson NE, Unit D2, Albuquerque, NM 87109
Property Description: Security Deposit

Owner's Name: ICC Connections
Address: 9210 San Mateo, Albuquerque, NM 87113
Property Description: Security Deposit
Value: $0.00

Owner's Name: New Horizon Computer Learning
Address: 6700 Jefferson NE, Unit A, Albuquerque, NM 87109
Property Description: Security Deposit
Value: $0.00

Owner's Name: Sage Montesori
Address: 5120 Masthead SE, Albuquerque, NM 87109
Property Description: Security Deposit
Value: $33,000.00

Owner's Name: Property Pro, LLC
Address: 6700 Jefferson NE, Unit C2, Albuquerque, NM 87109
Property Description: Security Deposit
Value: $0.00

Owner's Name: SND Holdings, LLC
Address: 4900 Alameda Blvd. NE, Unit B, Albuquerque, NM 87113
Property Description: Security Deposit
Value: $5,468.78

Attachment 10 Additional Firms or Individuals in Possession of Debtor's Books and Records:

Name: David Weinberg
Address: BDO Seidman, 330 E. Kilbourn Ave., Suite 950, Milwaukee, WI 53202

Attachment 11

Loan repayment/legal fees/accounting fees

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- [ ] Amended *Schedule* _____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/26/2015
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Warren S. Blumenthal
Printed name

Authorized Person
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors